*Morgan J. O'Brien, Samson Lachman* and *Morton Stein* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

GARDINER'S BAY COMPANY, Appellant, *v.* ATLANTIC FERTILIZER AND OIL COMPANY, Respondent.

*Gardiner's Bay Co.* v. *Atlantic Fertilizer & Oil Co.*, 139 App. Div. 913, modified.
(Argued October 17, 1911; decided October 31, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 27, 1910, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to restrain the defendant from so operating a fish factory as to constitute an alleged nuisance.

*Percy L. Housel* for appellant.

*Nathan D. Stern* for respondent.

Judgment modified by striking therefrom award of extra allowance, and as modified affirmed, without costs to either party; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.